UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>          Plaintiff            )<br>                                )<br>v.                              )<br>                                )    Criminal No. 05-09-P-S<br>JOSEPH PELLETIER,               )<br>          Defendant.            )  | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on July 27, 2005, his Recommended Decision (Docket No. 48). Defendant filed his Objection to the Recommended Decision (Docket No. 51) on August 5, 2005. Plaintiff United States of America filed its Response (Docket No. 52) to those objections on August 19, 2005.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Defendants' Motions to Suppress Evidence (Docket No. 25) is DENIED.

                                        /s/ George Z. Singal
                                        Chief U.S. District Judge

Dated this 23rd day of August, 2005.